

**U. S. Department of Justice**

*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

150 Fayetteville St.　　　　　　Telephone (919) 856-4530
Suite 2100　　　　　　　　　　Criminal FAX (919) 856-4487
Raleigh, North Carolina 27601　　Civil FAX (919) 856-4821
　　　　　　　　　　　　　　　www.usdoj.gov/usao/nce

DATE:　　　　October 14, 2020

TO:　　　　　Clerk's Office
　　　　　　 United States District Court
　　　　　　 Eastern District of North Carolina
　　　　　　 Raleigh, North Carolina

REPLY TO:　 Robert J. Higdon, Jr.
　　　　　　 United States Attorney

ATTN OF:　　Barbara D. Kocher *BDK*
　　　　　　 Assistant United States Attorney

SUBJECT:　　U.S. v. Liam Montgomery Collins
　　　　　　 U.S. v. Paul James Kryscuk
　　　　　　 No. 7:20-CR-167-1M, SOUTHERN DIVISION
　　　　　　 No. 7:20-CR-167-2M, SOUTHERN DIVISION

　　　　Please issue warrants for the arrest of the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

　　　　Detention is recommended, and the warrants should be returnable before the U.S. Magistrate Judge.


BDK/lf

cc: US Marshal Service
　　 US Probation Office