IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-167-M2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| LIAM MONTGOMERY COLLINS | ) |
| PAUL JAMES KRYSCUK | ) |

ORDER TO UNSEAL

Upon motion of the United States, it is hereby ORDERED that the indictment in the above-captioned case be unsealed.

This the 22nd day of October, 2020.

*Kimberly A Swank*
KIMBERLY A SWANK.
UNITED STATES MAGISTRATE JUDGE

1