AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

LIAM MONTGOMERY COLLINS

RECEIVED OCT 16 2020 U.S. Marshals Service, EDNC

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 7:20-CR-00167-1M(2)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**LIAM MONTGOMERY COLLINS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

___ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 371: Conspiracy to Manufacture Firearms and Ship Interstate
Count 2 - 18 U.S.C. §§§ 922(a)(3) and 924(a)(1)(D) and 2: Interstate Transportation of Firearms Without a License; and Aiding and Abetting
Count 3 - 26 U.S.C. §§§ and 18 U.S.C. § 2: Interstate Transportation of a Firearm Not Registered as Required

Peter A. Moore, Jr.
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

OCTOBER 15, 2020 - GREENVILLE, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Boise, ID |

| DATE RECEIVED 10/16/20 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 10/20/20 | J. Little, NCIS | By S. Sawyer, USMS |

**FILED**

NOV 2 5 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK