UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-167-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LIAM MONTGOMERY COLLINS | ORDER |

     Before the Court is an unopposed motion by the Defendant to continue the detention hearing in this matter for at least seven days. For good cause shown based on the Defendant's need for additional time to prepare for the detention hearing, and finding that allowance of the motion would serve the ends of justice, the motion to continue the detention hearing is GRANTED, and the detention hearing is taken off the December 9, 2020 calendar and set for December \_\_\_\_, 2020 at _____.

     SO ORDERED. This \_\_\_\_ day of December, 2020.

_____
JAMES E. GATES
United States Magistrate Judge