

> ...Bullock said he's interested and might even want something else milled if your buddy could do that. Idk what
>
> Not sure
>
> As soon as I get it I'll let you know but I'll ask him what he wants when I talk to him next

**THURSDAY, MARCH 19**

> Sandman
>
> I can ask. I can get blueprints of what he wants milled and he wants a can of some sort
>
> Okay I'll hit him up now and see exactly what it is so I can give him a solid price

**SATURDAY, MARCH 21**

> Sandman
>
> 2 drop in auto sears
>
> 2 glock sears
>
> .45 acp can with 5/8x24
>
> 22/5.56 can with 1/2x28
>
> And I have the blueprints for the sears
>
> Let me know what price is like
>
> 11:34 AM

GOVERNMENT EXHIBIT 7







SWAT I guess too

Butch hes using his PEQ

**Bishop**

In all honesty unless we have supressors the flash will give us away

Just mettc at the end of the day dictating

**Disciple**

You ever do METT-TC's with you squad?

Like the whole bank robbery scenario

**Bishop**

No

**Disciple**

We need fucking money

**Butcher**

Pffff

How bout we integrate gorilla fucking



Mission – NavyFederal Branch
Enemy – Security Guards (3x confirmed), Bank Tellers (5x Confirmed)
Time – 0000-0915
Terrain – 1234 Branch St, Metropolitan area, neighboring WalMart and McDonalds
Troops/Equipment Available – 7 Foot Mobiles, MK-18s, PEQ/IR/NVG capability, Chest Rigs, Flexicuffs
Civilian Considerations – Approx. number of civilians in area during allotted time ranges from 10-20 people



**Basic Personal Loadouts (BPL)**

In accordance with the talks we had earlier, following is a proposition for a basic individual gear loadout that everyone will be expected to keep and maintain.

Utilities

-Top and bottom, 2 sets, one set gray or black and one set a relevant pattern for the terrain, shooters choice.

Boots

-A pair of quality boots for hiking and training, in a nondescript color.

Load Bearing Equipment

-A chest rig or belt system capable of holding mags/radios/water/various other pouches for gear.

Water vessels

-A camelback, canteen or Nalgene that is nondescript and is compatible with the rest of the kit. Greater than or equal to 100 ounce capacity

Ear pro

-A set of electronic ear muffs with sounds amplification to allow for communication during live fire drills requiring movement and



Ear pro

-A set of electronic ear muffs with sounds amplification to allow for communication during live fire drills requiring movement and communication.

-Suggested:

https://www.amazon.com/dp/B01AAH8CMA/ref=cm_sw_r_cp_api_i_X7rdFbVBARR4K

along with

https://www.amazon.com/dp/B07QFCP93T/ref=cm_sw_r_cp_api_i_z9rdFbAZH76ED

Eye Pro

-Appropriate shooting/ballistic glasses

Weapon

-A reliable ar15, 6 mags, a cleaning kit, a reliable optic or iron sights, and a weapon light. Additional accessories per shooters preference and mission requirements.

Pack

-A rugged and nondescript 3 day pack to carry gear/ammo/etc

Camping/sleep gear

-A sleeping bag with bivvy or equivalent system (ranger roll, etc)















