IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-167-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) O R D E R |
| LIAM MONTGOMERY COLLINS | ) |

Upon motion of the United States, with consent of defendant, and for good cause shown, it is hereby

ORDERED that Exhibit 7, submitted at hearing December 16, 2020, and placed temporarily under seal, shall remain under seal; that the government's proposed redacted Exhibit 7 is accepted for filing in the public record; and that all other exhibits submitted by the government December 16, 2020 and temporarily placed under seal (that is, Exhibits 1 through 6, 8, and 9) are unsealed at this time. Fed. R. Crim. Proc. 49.1(d).

So ordered, this \_\_\_\_\_ day of December, 2020.

_____
JAMES E. GATES
United States Magistrate Judge