IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-167-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO EXTEND |
| | ) | TEMPORARY SEALING ORDER |
| LIAM MONTGOMERY COLLINS | ) | |

The Defendant, Liam Montgomery Collins, through undersigned counsel, requests an extension of the temporary order sealing the Defendant's Exhibits presented at the December 16, 2020 hearing [DE 61] until such time as redacted replacement exhibits have been accepted by the Court. In support, the Defendant shows as follows:

1. Undersigned counsel has identified redactions to certain Defendant's Exhibits presented at the December 16, 2020 Detention Hearing in this matter that are necessary to ensure compliance with Fed. R. Crim. P. 49.1 and to protect the privacy of certain individuals.

2. Undersigned counsel has made those redactions and has replacement copies of the relevant exhibits available. However, undersigned counsel needs to doublecheck the exhibit numbers of the submitted exhibits to ensure that the replacement redacted version of each exhibit is labeled with the appropriate exhibit number.

3. Undersigned counsel will endeavor to verify the exhibit numbers on Monday, December 21, 2020, and will then file the redacted versions immediately thereafter along with a corresponding motion to ensure compliance with Rule 49.1.

4. Absent an order extending the Court's Order at Docket Entry 61 temporarily sealing the exhibits introduced at the detention hearing, those exhibits would be unsealed today.

WHEREFORE, to ensure compliance with Rule 49.1, undersigned counsel requests an extension of the order [DE 61] temporarily sealing the exhibits introduced at the December 16, 2020 Detention Hearing, DE 61, until the Court accepts redacted replacement exhibits.

Respectfully submitted, this the 18th day of December 2020.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919)-832-0739 (FAX)
elliot.abrams@cheshirepark.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the United States, Barbara D. Kocher.

This the 18th day of December 2020.

/s/ Elliot S. Abrams
Elliot S. Abrams