IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-167-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LIAM MONTGOMERY COLLINS | ) | |

Upon motion of defendant, Liam Montgomery Collins, and to ensure compliance with Rule 49.1 of the Federal Rules of Criminal Procedure, the order [DE 61] temporarily sealing the Exhibits presented at Defendant's Detention Hearing on December 16, 2020, is hereby extended until such time as the Court accepts replacement redacted exhibits from counsel for the Defendant.

So ordered, this _____ day of December 2020.

_____
JAMES E. GATES
United States Magistrate Judge