UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CR-167-1M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LIAM MONTGOMERY COLLINS | NOTICE OF COMPLIANCE |

     Pursuant to the Court's December 21, 2020 Text Order, undersigned counsel for Mr. Collins hereby notifies the Court that a paralegal with undersigned counsel's office today delivered to the clerk's office proposed redactions to the Exhibits used at the Defendant's Detention Hearing held on December 16, 2020 for the Court's review.

     Undersigned counsel further informs the Court that the parties have conferred and that counsel for the United States has no objection to the proposed redactions and has no additional redactions to propose.

     Lastly, undersigned counsel further informs the Court that undersigned counsel has today sent counsel for the United States the proposed redacted Exhibits via electronic mail to Barb.Kocher@usdoj.gov.

Respectfully submitted, this the 28th day of December, 2020.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
elliot.abrams@cheshirepark.com
*Retained Attorney for Liam Montgomery Collins*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing Notice of Compliance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Assistant United States Attorney Barbara Kocher (barb.kocher@usdoj.gov).

This the 28th day of December, 2020.

/s/ Elliot S. Abrams
Elliot S. Abrams
CHESHIRE PARKER SCHNEIDER, PLLC