UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-167-1M

UNITED STATES OF AMERICA

v.

LIAM MONTGOMERY COLLINS

IDENTIFICATION OF PROPOSED REDACTIONS

The proposed redactions to Defendant's Detention Hearing Exhibits are as follows:

- Exhibit 1: No redactions

- Exhibit 2: No redactions

- Exhibit 3 (beginning bates number A00077):

    o P. 3: redaction of personal information including driver's license number, passport number, and last known address

- Exhibit 4: No redactions

- Exhibit 5: No redactions

- Exhibit 6: No redactions

- Exhibit 7 (beginning bates number A004240):

    o P. 1: redaction of interviewee's address

- Exhibit 8 (beginning bates number A004372):

    o P. 1: redaction of interviewee's address

- Exhibit 9 (beginning bates number A004414):

    o P. 4: redaction of named individual's address

    o P. 5: redaction of named individual's address

- Exhibit 10: No redactions

- Exhibit 11: No redactions

- Exhibit 12: No redactions

- Exhibit 13:

    - P. 3: redaction of named individual's name, DOB, and customer identifier number

- Exhibit 14: No redactions

- Exhibit 15 (beginning bates number A009608):

    - P. 2: redaction of named individual's address

- Exhibit 16: No redactions

- Exhibit 17 (beginning A004134):

    - P. 1: redaction of interviewee's address

    - P. 3: redaction of interviewee's address

    - Pp. 42-44: redaction of name of juvenile

    - Pp. 61-62: redaction of interviewee's DOB

- Exhibit 18: No redactions

Respectfully submitted, this the 30th day of December, 2020.

        CHESHIRE PARKER SCHNEIDER, PLLC

        /s/ Elliot S. Abrams
        Elliot S. Abrams
        N.C. State Bar # 42639
        P. O. Box 1029
        Raleigh, NC 27602
        (919) 833-3114 (TEL)
        (919) 832-0739 (FAX)
        elliot.abrams@cheshirepark.com
        *Attorney for Liam Montgomery Collins*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he filed the foregoing via CM/ECF, which will send electronic notice to counsel for the United States, Assistant United States Attorney Barbara Kocher (barb.kocher@usdoj.gov).

This the 30th day of December, 2020.

/s/ Elliot S. Abrams
Elliot S. Abrams
CHESHIRE PARKER SCHNEIDER, PLLC