IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:20-CR-167-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER ON** |
| v. | ) | **DEFENDANT'S EXHIBITS AT** |
| | ) | **DETENTION HEARING** |
| LIAM MONTGOMERY COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's uncontested motion (*see*, *e.g.*, D.E. 70) regarding the 18 exhibits that he introduced and the court admitted under temporary seal at the detention hearing in this case on 16 December 2020. *See* D.E. 61 (hearing at which exhibits introduced and admitted); *see also* D.E. 63 (announcement of court's detention ruling on 17 Dec. 2020); D.E. 60 (exhibit list). Defendant has submitted to the court, without filing, copies of the proposed redacted exhibits (*see* D.E. 70 (notice of submission)) and filed an "Identification of Proposed Redactions" ("Redaction Identification") (D.E. 73) describing the redactions he seeks in seven of his exhibits.

For good cause shown and pursuant to Fed. R. Crim. P. 49.1(d), the motion is ALLOWED in PART and DENIED in PART on the following terms:

1. Defendant Exhibits 3, 7-9, 13, 15, and 17 shall be permanently sealed.

2. The proposed redacted Defendant Exhibits 3, 7-9, 13, and 15 are approved and shall be publicly available.

3. The proposed redactions on pages 1 and 61-62 of Defendant Exhibit 17 are approved. Although the Redaction Identification states that there are redactions to page 3, there is no page numbered 3 and the third page in sequence contains no redactions. The Redaction Identification also states that there are redactions to pages 42-43, but there are no pages numbered

42 or 43 and the total number of pages is only 12. The purported redactions to pages 3 and 42-43 are therefore denied. The proposed redacted Defendant Exhibit 17—which, again, contains redactions at only pages 1 and 61-62—is accordingly approved and shall be publicly available.

4. Defendant Exhibits 1-2, 4-6, 10-12, 14, 16, and 18 shall be unsealed and publicly available.

5. None of the exhibits ordered herein to be publicly available shall be maintained in the CM/ECF system, in accordance with the practice preference of the presiding District Judge

This 4th day of January 2021.

_____
James E. Gates
United States Magistrate Judge