IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-167-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v.     ) | UNITED STATES' |
| ) | NOTICE: STATUS UPDATE |
| LIAM MONTGOMERY COLLINS, A/K/A ) | |
| "Disciple;" PAUL JAMES KRYSCUK, ) | |
| A/K/A "Deacon;" JORDAN DUNCAN, A/K/A ) | |
| "Soldier;" and JUSTIN WADE HERMANSON, ) | |
| A/K/A "Sandman" ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this notice to update the information provided the Court during the January 29, 2021 telephonic status conference. (D.E. 93). If the Court recalls, the government then provided that material had been recovered from one of the devices seized in October 2020 which appeared to be classified material; that evidence existed which indicated the defendants engaged in substantial sharing of other information; and that before any of these devices could be copied and turned over to defendants in discovery, search and review would need be made at a classified level to determine if there was classified material, on what devices, and then move forward through proper and required procedures if so.

The Court is hereby apprised that authority to search the various electronic devices and accounts which were previously seized and in the custody of the FBI, Boise, Idaho, has been obtained. The search warrant filed by the United States District Court in the District of Idaho allows search of the relevant items and accounts for any fruits,

evidence and instrumentalities of violations of 18 U.S.C. §§ 641, 793 (e), and (g), and the search and review is underway.

The government will continue to work with defense counsel and to update the court as appropriate.

Submitted this 19th day of February, 2021.

                                    ROBERT J. HIGDON, JR.
                                    United States Attorney

By:    */s/Barbara D. Kocher*
        BARBARA D. KOCHER
        Assistant U.S. Attorney
        150 Fayetteville St Suite 2100
        Raleigh, NC 27601
        Telephone: 919-856-4530
        Fax: 919-856-4487
        E-mail: barb.kocher@usdoj.gov
        NC Bar 16360

## CERTIFICATE OF SERVICE

This is to certify that I have this 19th day of February, 2021, served a copy of the foregoing filing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to defendants' counsel of record.

By: */s/ Barbara D. Kocher*
Assistant U.S. Attorney
150 Fayetteville St Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
NC Bar: 16360