IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:20-CR-00167-M-1

UNITED STATES OF AMERICA,
Plaintiff,

v.

ORDER

LIAM MONTGOMERY COLLINS,
Defendant.

This matter comes before the court on Defendant's unopposed motion to extend the pretrial-motions deadline and to continue the arraignment and trial. For good cause shown, the motion is GRANTED. Defendant shall be allowed until June 28, 2021 to file pretrial motions, and the Government shall file any responses to pretrial motions by July 12, 2021. Defendant's arraignment is continued until the August 16, 2021 term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 26Th day of April, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE