IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-CR-00167-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LIAM MONTGOMERY COLLINS,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's unopposed motion to continue the arraignment and trial [DE 206]. For good cause shown, the motion is GRANTED. Defendant shall be allowed until May 27, 2022 to file pretrial motions, and the Government shall file any responses to pretrial motions by June 10, 2022. Defendant's arraignment is continued until the June 28, 2022 term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 29th day of March, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE