IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CR-00167-M-1

| UNITED STATES OF AMERICA | CONSENT MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND CONTINUE ARRAIGNMENT |
|---|---|
| v. | |
| LIAM MONTGOMERY COLLINS | |

The Defendant, Liam Montgomery Collins, through counsel, and with consent by the government, hereby asks this Honorable Court to extend the deadline to file pretrial motions 30 days, to and including February 24, 2023, and that subsequent deadlines in the Court's November 28, 2022 text order be adjusted accordingly. In support of this motion, the Defendant shows the following:

1. Mr. Collins was initially indicted on October 15, 2020 and charged with conspiracy to manufacture firearms and ship interstate, interstate transportation of firearms without a license and aiding and abetting, and interstate transportation of a firearm not registered as required and aiding and abetting.

2. Mr. Collins was charged by superseding indictment on November 18, 2020, and by second superseding indictment on June 16, 2021.

3. On August 18, 2021 a third superseding indictment was returned in this matter adding an additional charge against Mr. Collins for conspiracy to damage an energy facility.

4. Pursuant to the Court's text order, all pretrial motions shall be filed by January 25, 2023, responses are due February 9, 2023, and arraignment is scheduled for term of court commencing March 7, 2023.

5. Undersigned counsel has been in extensive discussions with the Government about a potential resolution of this matter. These discussions have been fruitful and undersigned counsel requests this additional time to continue discussions with the Government regarding a non-trial disposition.

6. In light of these circumstances, undersigned counsel respectfully requests that all deadlines and settings be extended by 30 days.

7. AUSA Barbara D. Kocher has indicated she consents to this request for a 30-day extension.

8. Undersigned counsel respectfully submits that allowance of this motion would serve the ends of justice and such allowance would also outweigh the best interest of the public and the Defendant in a speedy trial in that this extension is reasonably necessary to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**CONCLUSION**

For the preceding reasons, the Defendant respectfully asks this Court to extend the deadline to file pretrial motions for a period of 30 days, to and including February 24, 2023, and to adjust the subsequent deadline in the Court's November 28, 2022 text order consistent with such an extension, namely: extend the deadline to file any responses to March 13, 2023. Further, the Defendant respectfully asks to continue the arraignment presently set for the March 7, 2023 term of court for a period of 30 days to the April 4, 2023 term of court.

Respectfully submitted, this the 24th day of January, 2023.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
elliot.abrams@cheshirepark.com
*Retained Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the United States, Barbara D. Kocher.

This the 24th day of January, 2023.

/s/ Elliot S. Abrams
Elliot S. Abrams
CHESHIRE PARKER SCHNEIDER, PLLC

3