IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-cr-167-M-1
Case No. 7:20-cr-167-M-2
Case No. 7:20-cr-167-M-4

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LIAM MONTGOMERY COLLINS;
PAUL JAMES KRYSCUK;
JUSTIN HERMANSON,

      Defendant.

This matter comes before the court on the United States' Consent Motion Concerning Sentencings [DE 447]. For good cause shown, the motion is GRANTED as follows. The clerk of court shall set the above-named defendants' sentencing hearings on July 25 or July 26 in the following order:

1. Liam Montgomery Collins;

2. Paul James Kryscuk;

3. Justin Hermanson.

SO ORDERED this ___8th___ day of July, 2024.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE